FILED by ___ D.C.

JUN 21 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT
## Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: __13-8307-DLB__
               Plaintiff )
                             ) REPORT COMMENCING CRIMINAL
     -VS-                 )         ACTION
                             )
__Timothy P. McCabe__ ) __03496-104__
       Defendant               USMS NUMBER

*********************************************************

TO: Clerk's Office   MIAMI    FT. LAUDERDALE  (W. PALM BEACH)
    U.S. District Court         FT. PIERCE
                                (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.

*********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: __6/20/2013__   __10:00__ (am)/pm

(2) Language Spoken: __English__

(3) Offense(s) Charged: __Wire Fraud + Financial Institution Fraud__
    __Title 18 USC 1343 + 1344__

(4) U.S. Citizen [X] Yes   [ ] No  [ ] Unknown

(5) Date of Birth: __1958__

(6) Type of Charging Document: (check one)
    [ ] Indictment   [X] Complaint to be filed/already filed
    Case# __13-8307-DLB__

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: __Southern District Florida__

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES   [ ] NO

Amount of Bond: $ __Pre-Trial Detention__
Who set Bond: _____

(7) Remarks: _____

(8) Date: __6/20/2013__   (9) Arresting Officer: __SA George Rivera__

(10) Agency: __FBI__   (11) Phone: __561-833-7517__

(12) Comments: _____